151 A.3d 86

IN THE MATTER OF THE ADOPTION OF AN ADULT BY A.S.C.(A.F.L.-PETITIONER)

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005447-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs; and it is further

ORDERED that the notice of appeal is dismissed.